J. H. M. REALTY CORP., A CORPORATION OF THE STATE OF NEW JERSEY, AND WORK-O-LITE, A CORPORATION OF THE STATE OF NEW JERSEY, PLAINTIFFS-APPELLANTS, v. THE TOWN OF BELLEVILLE, DEFENDANT-RESPONDENT.

Argued November 20, 1972—Decided December 4, 1972.

*Mr. Samuel A. Gennet* argued the cause for appellants (*Mr. John Methfessel,* on the brief; *Messrs. Gennet and Methfessel,* attorneys).

*Mr. John I. Lisowski* argued the cause for respondent (*Messrs. Morgan, Melhuish, Monaghan, McCoid and Spielvogel,* attorneys).

PER CURIAM. Certification was granted in this matter, 60 *N. J.* 471 (1972), and also in *Brooks v. City of Orange,* 60 *N. J.* 514 (1972), also decided this day, 61 *N. J.* 576, to permit consideration of the doctrine of *Reimann v. Monmouth Consolidated Water Co.,* 9 *N. J.* 134 (1952), and *Sydney Grossman Hotel Corp. v. Lakewood Water Co.,* 27 *N. J.* 91 (1958). We are not persuaded to depart from those decisions and hence the judgment herein is affirmed.

*For affirmance*—Chief Justice WEINTRAUB, Justices HALL and MOUNTAIN, and Judges CONFORD, SULLIVAN and LEWIS —6.

*For reversal*—None.